## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Olamide Soyinka

                                      Plaintiff,

v.                                                          Case No.: 1:19–cv–04691
                                                                     Honorable Edmond E. Chang

Franklin Collection Service, Inc.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 12, 2019:

      MINUTE entry before the Honorable Edmond E. Chang: Defendant's unopposed motion [14] to stay discovery during the pendency of the dismissal motion is granted. On the motion [12] to dismiss, Plaintiff's response is due by 10/03/2019. Defendant's reply is due by 10/17/2019. The status hearing of 09/13/2019 is reset to 12/23/2019 at 9:30 AM.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.